# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00284 |
| JOSHUA A. JAMES | ) Assigned To : Meriweather, Robin M. |
| ███████ | ) Assign. Date : 3/5/2021 |
|  | ) Description: Complaint w/ Arrest Warrant |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the
_____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1512(c)(2),2 | Obstruction of an Official Proceeding and Aiding and Abetting |
| 18 U.S.C. 1752(a)(1) and (2) | Restricted Building or Grounds |

This criminal complaint is based on these facts:
See attached statement of facts.

☑ Continued on the attached sheet.

*Complainant's signature*

Michael Palian, Special Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
Telephone (specify reliable electronic means).

Date: 03/08/2021

*Judge's signature*

City and state: Washington, D.C.          G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*