AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00284 |
| JOSHUA A. JAMES | ) Assigned To : Meriweather, Robin M. |
| | ) Assign. Date : 3/5/2021 |
| | ) Description: Complaint w/ Arrest Warrant |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   JOSHUA A. JAMES,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1512(c)(2), 2 - Obstruction of an Official Proceeding and Aiding and Abetting
18 U.S.C. §§ 1752(a)(1) and (2) - Restricted Building or Grounds

Date: 03/08/2021

Digitally signed by G. Michael Harvey
Date: 2021.03.08 10:56:19 -05'00'

*Issuing officer's signature*

City and state:   Washington, D.C.

G. Michael Harvey, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 3/8/21, and the person was arrested on *(date)* 3/9/21
at *(city and state)* ARAB, ALABAMA.

Date: 3/9/21

*Arresting officer's signature*

Paul Jones   SA
*Printed name and title*